DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCEL A. WRIGHT,**
Appellant,

v.

**STATE OF FLORDA,**
Appellee.

No. 4D21-2661

[March 24, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 10-8005CF10A.

Marcel A. Wright, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***